

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GUILLERMO IBARRA CORTES,<br><br>            Plaintiff,<br><br>vs.<br><br>ANTHEM LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 5:20-cv-01606-JGB-SP<br><br>Action Filed: August 11, 2020<br><br>Trial Date: Not Set<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |



1  Based upon Plaintiff's Notice of Voluntary Dismissal and for good cause
2 shown, **IT IS HEREBY ORDERED** that this action is dismissed **with prejudice** in
3 its entirety, pursuant to Federal Rule of Civil Procedure 41(a).  Such dismissal shall
4 be with prejudice, with each side to bear its own costs and fees.

Dated: August 20, 2021



Hon. Jesus G. Bernal
United States District Court Judge

